IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| WADE, BRUCE WAYNE | ) | |
| | ) | CASE NO. 08-05686 BL |
| | ) | |
| WADE, JUDY K. | ) | JUDGE Bruce W. Black(Joliet) |
| Debtor(s) | ) | |

### NOTICE OF WITHDRAWAL

The Trustee, Michael G. Berland, hereby withdraws docket entries 31, 32, 33, 34, 35, and 36 previously filed in this case and shall refile those documents.

Respectfully submitted,

Michael G. Berland, trustee

Michael G. Berland, trustee
1 North LaSalle Street
Suite 1775
Chicago, Illinois 60602
312-855-1272