**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: WADE, BRUCE WAYNE | § | Case No. 08-05686 |
| | § | |
| | § | |
| Debtors WADE, JUDY K. | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1.  The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on March 11, 2008.  The undersigned trustee was appointed on March 11, 2008.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as  **Exhibit A.**

4.  The trustee realized the gross receipts of          $          25,722.50

Funds were disbursed in the following amounts:

| | |
|---|---|
| Administrative expenses | 0.00 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Leaving a balance on hand of | $          25,722.50 |

The remaining funds are available for distribution.

5.  Attached as  **Exhibit B**  is a cash receipts and disbursements record for each estate bank account.

**UST Form 101-7-TFR (4/1/2009)**

6.  The deadline for filing claims in this case was 08/08/2008.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,322.14.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,322.14, for a total compensation of $3,322.14.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of   $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/21/2009          By: /s/MICHAEL G. BERLAND
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (4/1/2009)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-05686

**Case Name:** WADE, BRUCE WAYNE

**Period Ending:** 07/21/09

**Trustee:** (520196)   MICHAEL G. BERLAND

**Filed (f) or Converted (c):** 03/11/08 (f)

**§341(a) Meeting Date:** 05/01/08

**Claims Bar Date:** 08/08/08

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 227 Meadowbrook, Bolingbrook-scheduled | 206,200.00 | 0.00 | | 0.00 | FA |
| 2 | Inheritance-scheduled | 0.00 | 25,694.22 | | 25,694.22 | FA |
| 3 | Cash-scheduled | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Household goods-scheduled | 4,000.00 | 0.00 | | 0.00 | FA |
| 5 | Encyclopedias-scheduled | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing-scheduled | 1,500.00 | 0.00 | | 0.00 | FA |
| 7 | Wedding, rings watch, necklance-scheduled | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | Term life insurance(2)-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Camera, camcorder, bicycles etc-scheduled | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | 401k-scheduled | 40,000.00 | 0.00 | | 0.00 | FA |
| 11 | Pension-scheduled | 11,000.00 | 0.00 | | 0.00 | FA |
| 12 | 2005 Ford Escape-scheduled | 14,275.00 | 0.00 | | 0.00 | FA |
| 13 | 2004 Ford Focus-scheduled | 8,575.00 | 0.00 | | 0.00 | FA |
| 14 | Tcf savings-scheduled | 50.00 | 0.00 | | 0.00 | FA |
| 15 | TCF checking-scheduled | 2,000.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 28.28 | Unknown |
| 16 | **Assets**    **Totals** (Excluding unknown values) | **$290,000.00** | **$25,694.22** | | **$25,722.50** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee liqudiated an inheritance.

**Initial Projected Date Of Final Report (TFR):**    May 31, 2011          **Current Projected Date Of Final Report (TFR):**    May 31, 2011

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 08-05686 | |
| **Case Name:** WADE, BRUCE WAYNE | |
| | |
| **Taxpayer ID #:** 13-7599777 | |
| **Period Ending:** 07/21/09 | |

| | |
|---|---|
| **Trustee:** | MICHAEL G. BERLAND (520196) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****08-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/06/08 | {2} | Judy Wade | Proceeds of inheritance | 1129-000 | 25,694.22 | | 25,694.22 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 2.42 | | 25,696.64 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 3.26 | | 25,699.90 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 3.26 | | 25,703.16 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 3.05 | | 25,706.21 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 3.37 | | 25,709.58 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1200% | 1270-000 | 2.80 | | 25,712.38 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1000% | 1270-000 | 2.02 | | 25,714.40 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.82 | | 25,716.22 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.04 | | 25,717.26 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.97 | | 25,718.23 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.11 | | 25,719.34 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.04 | | 25,720.38 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.01 | | 25,721.39 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.11 | | 25,722.50 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 25,722.50 | 0.00 | $25,722.50 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 25,722.50 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $25,722.50 | $0.00 | |

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-05686

**Case Name:** WADE, BRUCE WAYNE

**Taxpayer ID #:** 13-7599777

**Period Ending:** 07/21/09

**Trustee:** MICHAEL G. BERLAND (520196)

**Bank Name:** JPMORGAN CHASE BANK, N.A.

**Account:** ***-*****08-66 - Checking Account

**Blanket Bond:** $5,000,000.00  (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****08-65** | **25,722.50** | **0.00** | **25,722.50** |
| **Checking # ***-*****08-66** | **0.00** | **0.00** | **0.00** |
| | **$25,722.50** | **$0.00** | **$25,722.50** |

{} Asset reference(s)

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 08-05686
Case Name: WADE, BRUCE WAYNE
Trustee Name: MICHAEL G. BERLAND

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | MICHAEL G. BERLAND | $ 3,322.14 | $ |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

**UST Form 101-7-TFR (4/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 51,137.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 43.8 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 3 | Capital Recovery II | $ 3,082.50 | $ 1,350.21 |
| 4 | Capital Recovery One | $ 3,824.54 | $ 1,675.24 |
| 5 | Discover Bank/DFS Services LLC | $ 8,531.44 | $ 3,736.98 |
| 6 | CHASE BANK USA | $ 8,886.50 | $ 3,892.50 |
| 7 | FIA CARD SERVICES, N.A./BANK OF AMERICA | $ 5,304.90 | $ 2,323.67 |
| 8 | FIA CARD SERVICES, N.A./BANK OF AMERICA | $ 7,667.55 | $ 3,358.57 |
| 9 | FIA CARD SERVICES, N.A./BANK OF AMERICA | $ 13,083.68 | $ 5,730.97 |
| | FIA CARD SERVICES, | | |

**UST Form 101-7-TFR (4/1/2009)**

<u>    10        </u>    <u>N.A./BANK OF AMERICA  </u>    $<u>        755.92    </u>    $<u>        331.11    </u>

Late filed general (unsecured) claims are as follows:

*Claim Number    Claimant*                    *Allowed Amt. of Claim    Proposed Payment*
                        N/A

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number    Claimant*                    *Allowed Amt. of Claim    Proposed Payment*
                        N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (4/1/2009)**