**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: WADE, BRUCE WAYNE                         § Case No. 08-05686
                                                 §
                                                 §
Debtors WADE, JUDY K.                            §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---|
| *The Final Report shows receipts of* | $ 25,722.50 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance of* | $ 25,722.50 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | MICHAEL G. BERLAND | $ 3,322.14 | $ |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |

**UST Form 101-7-NFR (4/1/2009)**

*Other* _____ $_____ $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor* _____ | $_____ | $_____ |
| *Attorney for* _____ | $_____ | $_____ |
| *Accountant for* _____ | $_____ | $_____ |
| *Appraiser for* _____ | $_____ | $_____ |
| *Other* _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 51,137.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 43.8 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 3 | Capital Recovery II | $ 3,082.50 | $ 1,350.21 |
| 4 | Capital Recovery One | $ 3,824.54 | $ 1,675.24 |
| 5 | Discover Bank/DFS Services LLC | $ 8,531.44 | $ 3,736.98 |
| 6 | CHASE BANK USA | $ 8,886.50 | $ 3,892.50 |
| 7 | FIA CARD SERVICES, N.A./BANK OF AMERICA | $ 5,304.90 | $ 2,323.67 |
| 8 | FIA CARD SERVICES, N.A./BANK OF AMERICA | $ 7,667.55 | $ 3,358.57 |

**UST Form 101-7-NFR (4/1/2009)**

| | | | |
|---|---|---|---|
| 9 | FIA CARD SERVICES, N.A./BANK OF AMERICA | $ 13,083.68 | $ 5,730.97 |
| 10 | FIA CARD SERVICES, N.A./BANK OF AMERICA | $ 755.92 | $ 331.11 |

Late filed general (unsecured) claims are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (4/1/2009)**

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

219 S. Dearborn
Chicago, IL

If local court rules so require, the following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 08/28/2009 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 07/27/2009     By: /s/MICHAEL G. BERLAND
                                         Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (4/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: sburton              Page 1 of 1             Date Rcvd: Jul 28, 2009
Case: 08-05686                 Form ID: pdf006            Total Noticed: 23

The following entities were noticed by first class mail on Jul 30, 2009.
db/jdb       +Bruce Wayne Wade,   Judith K. Wade,   227 Meadowbrook Dr.,   Bolingbrook, IL 60440-2435
aty          +Alfredo J Garcia,   Ledford & Wu,   200 South Michigan Avenue,   Suite 209,
               Chicago, IL 60604-2406
aty          +Sara K Ledford,   Ledford & Wu,   200 S Michigan Ave., Suite 209,   Chicago, IL 60604-2406
tr           +Michael G Berland,   1 N LaSalle St,   No.1775,   Chicago, IL 60602-4065
12036235     +Bank of America,   Attn: Bankruptcy Dept NC4-105-03-14,   Po Box 26012,
               Greensboro, NC 27420-6012
12036236     +Bank of America,   Attn: Bankruptcy NC4-105-02-99,   Po Box 26012,   Greensboro, NC 27420-6012
12267891     +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
12036237      Countrywide Funding,   PO Box 660694,   Dallas, TX 75266-0694
12036238     +Countrywide Home Lending,   ATTN: Bankruptcy,   P.O. Box 5170,   Simi Valley, CA 93062-5170
12036240     +First Usa,na,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
12060428     +Ford Motor Credit Company LLC,   P.O. Box 537901,   Livonia, MI 48153-7901
12036241     +Ford Motor Credit Corp,   National Bankruptcy Center,   P.O. Box 537901,   Livonia, MI 48153-7901
12036243     +Harris Bank,   P.O. Box 94034,   Palatine, IL 60094-4034

The following entities were noticed by electronic transmission on Jul 29, 2009.
12655684     +E-mail/PDF: rmscedi@recoverycorp.com Jul 29 2009 02:19:16     Capital Recovery II,
               25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
12580603     +E-mail/PDF: rmscedi@recoverycorp.com Jul 29 2009 02:18:10     Capital Recovery One,
               25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
12237767      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 29 2009 02:34:36
               Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany OH 43054-3025
12036239     +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 29 2009 02:34:36     Discover Financial,
               Attention: Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
12478187     +E-mail/Text: EBN_AIS@AMERICANINFOSOURCE.COM
               FIA CARD SERVICES, N.A./BANK OF AMERICA,   by American InfoSource L.P. as its agent,
               4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
12036244     +E-mail/PDF: gecsedi@recoverycorp.com Jul 29 2009 02:16:43     Jc Penney,
               Attention: Bankruptcy Department,   Po Box 103106,   Roswell, GA 30076-9106
12580604      E-mail/PDF: rmscedi@recoverycorp.com Jul 29 2009 02:19:11
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
12225984     +E-mail/PDF: rmscedi@recoverycorp.com Jul 29 2009 02:19:11
               Recovery Management Systems Corporation,   For GE Money Bank,   dba SAM'S CLUB,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
12225969     +E-mail/PDF: rmscedi@recoverycorp.com Jul 29 2009 02:18:11
               Recovery Management Systems Corporation,   For GE Money Bank,   dba JCPENNEY CREDIT SERVICES,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
12036245     +E-mail/PDF: gecsedi@recoverycorp.com Jul 29 2009 02:19:18     Sams Club,
               Attention: Bankruptcy Department,   Po Box 103104,   Roswell, GA 30076-9104
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Michael G Berland,   1 N LaSalle St,   No.1775,   Chicago, IL 60602-4065
12036242*    +Ford Motor Credit Corp.,   National Bankruptcy Center,   P.O. Box 537901,
               Livonia, MI 48153-7901
                                                                                              TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 30, 2009**                    **Signature:** *Joseph Speetjens*