## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: WADE, BRUCE WAYNE | § Case No. 08-05686 |
| | § |
| | § |
| Debtor(s) WADE, JUDY K. | § |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $60,950.00 |
| Total Distribution to Claimants: $22,402.31 | Claims Discharged Without Payment: $28,734.72 |
| Total Expenses of Administration: $3,322.14 | |

3) Total gross receipts of $ 25,724.45 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $25,724.45 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $180,686.44 | $15,348.85 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 3,322.14 | 3,322.14 | 3,322.14 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (fromExhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 51,093.00 | 51,137.03 | 51,137.03 | 22,402.31 |
| TOTAL DISBURSEMENTS | $231,779.44 | $69,808.02 | $54,459.17 | $25,724.45 |

4) This case was originally filed under Chapter 7 on March 11, 2008.
. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/23/2009       By: /s/MICHAEL G. BERLAND
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance-scheduled | 1129-000 | 25,694.22 |
| Interest Income | 1270-000 | 30.23 |
| **TOTAL GROSS RECEIPTS** | | **$25,724.45** |

¹The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ford Motor Credit Company LLC | 4110-000 | 5,047.44 | 4,627.15 | 0.00 | 0.00 |
| Ford Motor Credit Company LLC | 4110-000 | 10,721.00 | 10,721.70 | 0.00 | 0.00 |
| Countrywide Home Lending | 4110-000 | 134,129.00 | N/A | N/A | 0.00 |
| Harris Bank | 4110-000 | 30,789.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$180,686.44** | **$15,348.85** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 3,322.14 | 3,322.14 | 3,322.14 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 3,322.14 | 3,322.14 | 3,322.14 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Capital Recovery II | 7100-000 | 3,082.00 | 3,082.50 | 3,082.50 | 1,350.39 |
| Capital Recovery One | 7100-000 | 3,824.00 | 3,824.54 | 3,824.54 | 1,675.47 |
| Discover Bank/DFS Services LLC | 7100-000 | 8,531.00 | 8,531.44 | 8,531.44 | 3,737.49 |
| CHASE BANK USA | 7100-000 | 8,886.00 | 8,886.50 | 8,886.50 | 3,893.03 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| FIA CARD SERVICES, N.A./BANK OF AMERICA | 7100-000 | 5,265.00 | 5,304.90 | 5,304.90 | 2,323.99 |
| FIA CARD SERVICES, N.A./BANK OF AMERICA | 7100-000 | 7,667.00 | 7,667.55 | 7,667.55 | 3,359.03 |
| FIA CARD SERVICES, N.A./BANK OF AMERICA | 7100-000 | 13,083.00 | 13,083.68 | 13,083.68 | 5,731.75 |
| FIA CARD SERVICES, N.A./BANK OF AMERICA | 7100-000 | 755.00 | 755.92 | 755.92 | 331.16 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 51,093.00 | 51,137.03 | 51,137.03 | 22,402.31 |

UST Form 101-7-TDR (9/1/2009)

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 08-05686  
Case Name: WADE, BRUCE WAYNE  
Period Ending: 12/23/09

Trustee: (520196) MICHAEL G. BERLAND  
Filed (f) or Converted (c): 03/11/08 (f)  
§341(a) Meeting Date: 05/01/08  
Claims Bar Date: 08/08/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 227 Meadowbrook, Bolingbrook-scheduled | 206,200.00 | 0.00 | | 0.00 | FA |
| 2 | Inheritance-scheduled | 0.00 | 25,694.22 | | 25,694.22 | FA |
| 3 | Cash-scheduled | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Household goods-scheduled | 4,000.00 | 0.00 | | 0.00 | FA |
| 5 | Encyclopedias-scheduled | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing-scheduled | 1,500.00 | 0.00 | | 0.00 | FA |
| 7 | Wedding, rings watch, necklance-scheduled | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | Term life insurance(2)-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Camera, camcorder, bicycles etc-scheduled | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | 401k-scheduled | 40,000.00 | 0.00 | | 0.00 | FA |
| 11 | Pension-scheduled | 11,000.00 | 0.00 | | 0.00 | FA |
| 12 | 2005 Ford Escape-scheduled | 14,275.00 | 0.00 | | 0.00 | FA |
| 13 | 2004 Ford Focus-scheduled | 8,575.00 | 0.00 | | 0.00 | FA |
| 14 | Tcf savings-scheduled | 50.00 | 0.00 | | 0.00 | FA |
| 15 | TCF checking-scheduled | 2,000.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 30.23 | Unknown |
| 16 | Assets    Totals (Excluding unknown values) | $290,000.00 | $25,694.22 | | $25,724.45 | $0.00 |

Major Activities Affecting Case Closing:

The Trustee liqudiated an inheritance.

Initial Projected Date Of Final Report (TFR):    May 31, 2011          Current Projected Date Of Final Report (TFR):    May 31, 2011

Printed: 12/23/2009 03:21 PM    V.11.53

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 08-05686 | | Trustee: | MICHAEL G. BERLAND (520196) |
| --- | --- | --- | --- | --- |
| Case Name: | WADE, BRUCE WAYNE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****08-65 - Money Market Account |
| Taxpayer ID #: | 13-7599777 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/23/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 05/06/08 | {2} | Judy Wade | Proceeds of inheritance | 1129-000 | 25,694.22 | | 25,694.22 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.42 | | 25,696.64 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.26 | | 25,699.90 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.26 | | 25,703.16 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.05 | | 25,706.21 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.37 | | 25,709.58 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 2.80 | | 25,712.38 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 2.02 | | 25,714.40 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.82 | | 25,716.22 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.04 | | 25,717.26 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.97 | | 25,718.23 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.11 | | 25,719.34 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.04 | | 25,720.38 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.01 | | 25,721.39 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.11 | | 25,722.50 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.08 | | 25,723.58 |
| 08/26/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.87 | | 25,724.45 |
| 08/26/09 | | To Account #*********0866 | Transfer for purpose of final distribution | 9999-000 | | 25,724.45 | 0.00 |
| | | ACCOUNT TOTALS | | | 25,724.45 | 25,724.45 | $0.00 |
| | | Less: Bank Transfers | | | 0.00 | 25,724.45 | |
| | | Subtotal | | | 25,724.45 | 0.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $25,724.45 | $0.00 | |

{} Asset reference(s)

Printed: 12/23/2009 03:21 PM V.11.53

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

Case Number: 08-05686
Case Name: WADE, BRUCE WAYNE

Taxpayer ID #: 13-7599777
Period Ending: 12/23/09

Trustee: MICHAEL G. BERLAND (520196)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****08-66 - Checking Account
Blanket Bond: $5,000,000.00 (per case limit)
Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/26/09 | | From Account #********0865 | Transfer for purpose of final distribution | 9999-000 | 25,724.45 | | 25,724.45 |
| 08/31/09 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $3,322.14, Trustee Compensation; Reference: | 2100-000 | | 3,322.14 | 22,402.31 |
| 08/31/09 | 102 | Capital Recovery II | Dividend paid 43.80% on $3,082.50; Claim# 3; Filed: $3,082.50; Reference: | 7100-000 | | 1,350.39 | 21,051.92 |
| 08/31/09 | 103 | Capital Recovery One | Dividend paid 43.80% on $3,824.54; Claim# 4; Filed: $3,824.54; Reference: | 7100-000 | | 1,675.47 | 19,376.45 |
| 08/31/09 | 104 | Discover Bank/DFS Services LLC | Dividend paid 43.80% on $8,531.44; Claim# 5; Filed: $8,531.44; Reference: | 7100-000 | | 3,737.49 | 15,638.96 |
| 08/31/09 | 105 | CHASE BANK USA | Dividend paid 43.80% on $8,886.50; Claim# 6; Filed: $8,886.50; Reference: | 7100-000 | | 3,893.03 | 11,745.93 |
| 08/31/09 | 106 | FIA CARD SERVICES, N.A./BANK OF AMERICA | Dividend paid 43.80% on $5,304.90; Claim# 7; Filed: $5,304.90; Reference: | 7100-000 | | 2,323.99 | 9,421.94 |
| 08/31/09 | 107 | FIA CARD SERVICES, N.A./BANK OF AMERICA | Dividend paid 43.80% on $7,667.55; Claim# 8; Filed: $7,667.55; Reference: | 7100-000 | | 3,359.03 | 6,062.91 |
| 08/31/09 | 108 | FIA CARD SERVICES, N.A./BANK OF AMERICA | Dividend paid 43.80% on $13,083.68; Claim# 9; Filed: $13,083.68; Reference: | 7100-000 | | 5,731.75 | 331.16 |
| 08/31/09 | 109 | FIA CARD SERVICES, N.A./BANK OF AMERICA | Dividend paid 43.80% on $755.92; Claim# 10; Filed: $755.92; Reference: | 7100-000 | | 331.16 | 0.00 |

|   |   |   |
|---|---|---|
| ACCOUNT TOTALS | 25,724.45 | 25,724.45 | $0.00 |
| Less: Bank Transfers | 25,724.45 | 0.00 | |
| Subtotal | 0.00 | 25,724.45 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $25,724.45 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****08-65 | 25,724.45 | 0.00 | 0.00 |
| Checking # ***-*****08-66 | 0.00 | 25,724.45 | 0.00 |
| | $25,724.45 | $25,724.45 | $0.00 |

{} Asset reference(s)

Printed: 12/23/2009 03:21 PM    V.11.53