# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 08-05686 BL  
**Case Name:** WADE, BRUCE WAYNE  

**Period Ending:** 12/31/09  

**Trustee:** (520196)   MICHAEL G. BERLAND  
**Filed (f) or Converted (c):** 03/11/08 (f)  
**§341(a) Meeting Date:** 05/01/08  
**Claims Bar Date:** 08/08/08  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 227 Meadowbrook, Bolingbrook-scheduled | 206,200.00 | 0.00 | | 0.00 | FA |
| 2 | Inheritance-scheduled | 0.00 | 25,694.22 | | 25,694.22 | FA |
| 3 | Cash-scheduled | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Household goods-scheduled | 4,000.00 | 0.00 | | 0.00 | FA |
| 5 | Encyclopedias-scheduled | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing-scheduled | 1,500.00 | 0.00 | | 0.00 | FA |
| 7 | Wedding, rings watch, necklance-scheduled | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | Term life insurance(2)-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Camera, camcorder, bicycles etc-scheduled | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | 401k-scheduled | 40,000.00 | 0.00 | | 0.00 | FA |
| 11 | Pension-scheduled | 11,000.00 | 0.00 | | 0.00 | FA |
| 12 | 2005 Ford Escape-scheduled | 14,275.00 | 0.00 | | 0.00 | FA |
| 13 | 2004 Ford Focus-scheduled | 8,575.00 | 0.00 | | 0.00 | FA |
| 14 | Tcf savings-scheduled | 50.00 | 0.00 | | 0.00 | FA |
| 15 | TCF checking-scheduled | 2,000.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 30.23 | Unknown |
| 16 | **Assets**  **Totals** (Excluding unknown values) | **$290,000.00** | **$25,694.22** | | **$25,724.45** | **$0.00** |

Printed: 01/19/2010 07:56 AM    V.11.53

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 08-05686 BL | Trustee: | (520196) MICHAEL G. BERLAND |
| --- | --- | --- | --- |
| Case Name: | WADE, BRUCE WAYNE | Filed (f) or Converted (c): | 03/11/08 (f) |
| | | §341(a) Meeting Date: | 05/01/08 |
| Period Ending: | 12/31/09 | Claims Bar Date: | 08/08/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

    The Trustee liquidated an inheritance. The Trustee filed his Final Report and made the distribution ot creditors. The Trustee filed his Final Account with the US Trustees Office.

**Initial Projected Date Of Final Report (TFR):** May 31, 2011     **Current Projected Date Of Final Report (TFR):** May 31, 2011

Printed: 01/19/2010 07:56 AM    V.11.53

| | Form 2 | | Page: 1 |
|---|---|---|---|
| | **Cash Receipts And Disbursements Record** | | |

**Case Number:** 08-05686 BL  
**Case Name:** WADE, BRUCE WAYNE  

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*08-65 - Money Market Account  

**Taxpayer ID #:** 13-7599777  
**Period Ending:** 12/31/09  

**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/06/08 | {2} | Judy Wade | Proceeds of inheritance | 1129-000 | 25,694.22 | | 25,694.22 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.42 | | 25,696.64 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.26 | | 25,699.90 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.26 | | 25,703.16 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.05 | | 25,706.21 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.37 | | 25,709.58 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 2.80 | | 25,712.38 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 2.02 | | 25,714.40 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.82 | | 25,716.22 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.04 | | 25,717.26 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.97 | | 25,718.23 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.11 | | 25,719.34 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.04 | | 25,720.38 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.01 | | 25,721.39 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.11 | | 25,722.50 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.08 | | 25,723.58 |
| 08/26/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.87 | | 25,724.45 |
| 08/26/09 | | To Account #\*\*\*\*\*\*\*\*0866 | Transfer for purpose of final distribution | 9999-000 | | 25,724.45 | 0.00 |

| | | | | Subtotals : | **$25,724.45** | **$25,724.45** | |

{} Asset reference(s)

Printed: 01/19/2010 07:56 AM    V.11.53

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

| **Case Number:** | 08-05686 BL | | **Trustee:** | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| **Case Name:** | WADE, BRUCE WAYNE | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****08-65 - Money Market Account |
| **Taxpayer ID #:** | 13-7599777 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 12/31/09 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| | | | **ACCOUNT TOTALS** | | 25,724.45 | 25,724.45 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 25,724.45 | |
| | | | **Subtotal** | | 25,724.45 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$25,724.45** | **$0.00** | |

{} Asset reference(s)      Printed: 01/19/2010 07:56 AM      V.11.53

## Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 08-05686 BL | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|
| Case Name: | WADE, BRUCE WAYNE | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****08-66 - Checking Account |
| Taxpayer ID #: | 13-7599777 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/31/09 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/26/09 | | From Account #********0865 | Transfer for purpose of final distribution | 9999-000 | 25,724.45 | | 25,724.45 |
| 08/31/09 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $3,322.14, Trustee Compensation; Reference: | 2100-000 | | 3,322.14 | 22,402.31 |
| 08/31/09 | 102 | Capital Recovery II | Dividend paid 43.80% on $3,082.50; Claim# 3; Filed: $3,082.50; Reference: | 7100-000 | | 1,350.39 | 21,051.92 |
| 08/31/09 | 103 | Capital Recovery One | Dividend paid 43.80% on $3,824.54; Claim# 4; Filed: $3,824.54; Reference: | 7100-000 | | 1,675.47 | 19,376.45 |
| 08/31/09 | 104 | Discover Bank/DFS Services LLC | Dividend paid 43.80% on $8,531.44; Claim# 5; Filed: $8,531.44; Reference: | 7100-000 | | 3,737.49 | 15,638.96 |
| 08/31/09 | 105 | CHASE BANK USA | Dividend paid 43.80% on $8,886.50; Claim# 6; Filed: $8,886.50; Reference: | 7100-000 | | 3,893.03 | 11,745.93 |
| 08/31/09 | 106 | FIA CARD SERVICES, N.A./BANK OF AMERICA | Dividend paid 43.80% on $5,304.90; Claim# 7; Filed: $5,304.90; Reference: | 7100-000 | | 2,323.99 | 9,421.94 |
| 08/31/09 | 107 | FIA CARD SERVICES, N.A./BANK OF AMERICA | Dividend paid 43.80% on $7,667.55; Claim# 8; Filed: $7,667.55; Reference: | 7100-000 | | 3,359.03 | 6,062.91 |
| 08/31/09 | 108 | FIA CARD SERVICES, N.A./BANK OF AMERICA | Dividend paid 43.80% on $13,083.68; Claim# 9; Filed: $13,083.68; Reference: | 7100-000 | | 5,731.75 | 331.16 |
| 08/31/09 | 109 | FIA CARD SERVICES, N.A./BANK OF AMERICA | Dividend paid 43.80% on $755.92; Claim# 10; Filed: $755.92; Reference: | 7100-000 | | 331.16 | 0.00 |

Subtotals : $25,724.45 $25,724.45

{} Asset reference(s)

Printed: 01/19/2010 07:56 AM V.11.53

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 08-05686 BL  
**Case Name:** WADE, BRUCE WAYNE  

**Taxpayer ID #:** 13-7599777  
**Period Ending:** 12/31/09  

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****08-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 25,724.45 | 25,724.45 | $0.00 |
| | | | Less: Bank Transfers | | 25,724.45 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 25,724.45 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$25,724.45** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****08-65** | 25,724.45 | 0.00 | 0.00 |
| **Checking # ***-*****08-66** | 0.00 | 25,724.45 | 0.00 |
| | $25,724.45 | $25,724.45 | $0.00 |

{} Asset reference(s)  Printed: 01/19/2010 07:56 AM   V.11.53